UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONTE SHEPHERD,<br><br>Defendant. | No. 2:24-cr-00083-DJC<br><br>ORDER TO SHOW CAUSE |

On May 31, 2024, Defendant filed an Amended Motion to Suppress. (ECF No. 24.) Pursuant to Local Rules for this district, the deadline for the government to file an opposition or statement of non-opposition was seven days after the Amended Motion to Suppress was filed. *See* L.R. 430.1(f); *see also* Fed. R. Crim. P. 12. Seven days have passed, and the government has failed to file an opposition, statement of non-opposition, or a request for an extension of time to do so.

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that within seven days of this order the government must show cause in writing why the Court should not construe the government's failure to file a timely opposition as a non-opposition to Defendant's Motion and why it should be entitled to be heard in opposition to the motion at oral argument.  *See* Local Rule 430.1(f).

IT IS SO ORDERED.

Dated:  July 2, 2024         /s/ Daniel J. Calabretta
                             THE HONORABLE DANIEL J. CALABRETTA
                             UNITED STATES DISTRICT JUDGE