HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
MONTE SHEPHERD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:24-cr-0083 DJC |
|---|---|
| Plaintiff, | ) **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE: ORDER** |
| vs. | ) |
| MONTE SHEPHERD, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the United States Attorneys Office and the Defendant that the Defense deadline to file a response currently set for October 4, 2024 be extended to October 7, 2024 at 5:00 p.m.  Defense counsel has a court hearing in Tuolumne County Superior Court on October 3, 2024 that was previously set and has had several complex sentencing matters and appeals over these past 2 weeks which could not be re-set.

                                             Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Defender

Date:  October 3, 2024        /s/  Douglas J. Beevers
                                             DOUGLAS J. BEEVERS
                                             Assistant Federal Defender

                                             Attorneys for Defendant
                                             MONTE SHEPHERD

Date: October 3, 2024     PHILLIP A. TALBERT
United States Attorney

*/s/ Alexis Klein*
ALEXIS KLEIN
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

Pursuant to the parties' stipulation, and good cause appearing therefore, the deadline to file a response is extended from October 4, 2024 until October 7, 2024 at 5:00 p.m.

Date: October 3, 2024     /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE