PHILLIP A. TALBERT
United States Attorney
R. ALEXANDER CÁRDENAS
ALEXIS KLEIN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00083-DJC |
|---|---|
| Plaintiff, | ORDER SEALING COMPACT DISC |
| v. | |
| MONTE SHEPHERD, | |
| Defendant. | |

    Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that the government's compact disc containing exhibits C and D in support of it's forthcoming opposition to Defendant's Motion to Supress Involuntary Statement/Miranda (Dkt. No. 53) shall be SEALED until further order of this Court.  The government is directed to file a Notice of Lodging and the compact disc with the Clerk's Office.

/ / /

/ / /

/ / /

/ / /

/ / /

1   It is further ordered that access to the sealed disc shall be limited to the government
2   and counsel for the defendant until further order of this Court.

Dated: October 15, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE