| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, # 282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | MONTE SHEPHERD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:24-cr-0083 DJC |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **ADVANCE SENTENCING HEARING TO** |
| vs. | ) | **MARCH 20, 2025** |
| | ) | |
| MONTE SHEPHERD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the United States Attorneys Office and the Defendant that the Sentencing hearing scheduled for March 27, 2025 may be vacated and advanced to March 20, 2025, at 9:00 a.m. The government and Probation do not object to the new date.

Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

Date: March 14, 2025              */s/ Douglas J. Beevers*
                                            DOUGLAS J. BEEVERS
                                            Assistant Federal Defender

                                            Attorneys for Defendant
                                            MONTE SHEPHERD

1  Date:  March 14, 2025                    MICHELLE BECKWITH
                                            Acting United States Attorney
2
                                            */s/ R. Alex Cárdenas*
3                                           R. ALEX CÁRDENAS
                                            Assistant U.S. Attorney
4                                           Attorney for Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

Pursuant to the parties' stipulation, and good cause appearing therefore, **the March 27, 2025 sentencing hearing shall be advanced to March 20, 2025, at 9:00 a.m. before District Daniel J. Calabretta**.

Dated:  March 14, 2025                                       /s/ Daniel J. Calabretta
                                                                            THE HONORABLE DANIEL J. CALABRETTA
                                                                            UNITED STATES DISTRICT JUDGE